UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-60191-CIV-COHN/SELTZER

HOWARD COHAN,

    Plaintiff,

v.

CITY FURNITURE, INC.,
d/b/a City Furniture,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal [DE 9].

Because Plaintiff has dismissed this action, the Clerk is directed to **CLOSE** the case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of March, 2016.

_____
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF